UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------x

Howard Wilson, on behalf of himself
and all others similarly situated,

                Civil Action No:
                1:24-cv-12391

                Plaintiff,

-v.-

Equal Exchange, Inc.

                Defendants.

------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the parties finalizing and executing a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 10th day of February 2025

                */s/Yaakov Saks*
                Yaakov Saks, Esq.
                **Stein Saks, PLLC**
                One University Plaza
                Hackensack, NJ 07601
                Ph: 201-282-6500
                ysaks@steinsakslegal.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 10, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      */s/ Yaakov Saks*
                                      Yaakov Saks, Esq.